JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN PERGL,<br><br>　　Plaintiff,<br><br>v.<br><br>SAFETY HOLDINGS, INC, d/b/a SAMBASAFETY,<br><br>　　Defendant. | Case No.   2:22-cv-08673-WLH-AS<br><br>ORDER RE STIPULATION TO DISMISS [30] |

On September 6, 2023, the parties filed a Joint Stipulation to Dismiss with prejudice. Upon consideration of the Stipulation, this matter is dismissed with prejudice with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: September 13, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER RE DISMISSAL